**Order filed November 7, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01030-CV
_____

### DEK-M NATIONWIDE, LTD, Appellant

### V.

### DAVID HILL INDIVIDUALLY & D/B/A DOH OIL CO., CASSIE MOSELEY, DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellee

On Appeal from the 2nd 25th District Court
Colorado County, Texas
Trial Court Cause No. 23,859

## O R D E R

The clerk's record was filed February 8, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain all pleadings on which the trial was held as per TRAP 34.5(a)(1).

The Colorado County District Clerk is directed to file a supplemental clerk's record on or before November 17, 2016, containing all pleadings on which the trial was held as per TRAP 34.5(a)(1).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM